# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> **WALTER LUIS AGOSTO ALGARIN** <br><br> Debtor(s) <br> _____ <br><br> **BANCO SANTANDER PUERTO RICO** <br><br> Movant, <br><br> Vs. <br><br> **WALTER LUIS AGOSTO ALGARIN** <br> Debtor(s) <br> **WILFREDO SEGARRA MIRANDA, TRUSTEE** <br><br> Respondents, | CASE NUMBER: 09-7084(ESL) <br><br> CHAPTER 7 <br><br> Index_____ |

## STIPULATION

**TO THE HONORABLE COURT:**

Come now Wilfredo Segarra Rivera, Esq., Chapter 7 Trustee, and secured creditor Banco Santander Puerto Rico ("BSPR"), through their undersigned counsel, and very respectfully state and pray:

1. On September 21, 2010, BSPR filed its Motion for Relief of Automatic Stay (Docket Entry Number 35).

2. The Chapter 7 Trustee has informed to the undersigned counsel that he will attempt to sell the realty securing BSPR's claim.

3. A 341(a) hearing is scheduled for October 21st, 2010 at 10:30 a.m.

4. In order to allow the Chapter 7 Trustee to continue with the selling process without affecting BSPR's interest, the Chapter 7 Trustee and BSPR have agreed to request from this Honorable Court to enter an Order modifying the stay to allow BSPR to continue foreclosure proceedings until a final Judgment is obtained, providing that BSPR shall request authorization from this Court to execute the judgment or any judicial sale.

**WHEREFORE,** it is respectfully prayed that the stay order be modified in order to allow BSPR to continue foreclosure proceedings until a final Judgment is obtained, providing that BSPR shall request authorization from this Court to execute the judgment or any judicial sale.

In San Juan, Puerto Rico, this 14th day of October, 2010.

| s/ Wilfredo Segarra Rivera | s/ Jose G. Barea-Fernandez |
|---|---|
| **WILFREDO SEGARRA RIVERA** | **Jose G. Barea Fernandez** |
| **Chapter 7 Trustee** | USDC-PR 206812 |
| PO BOX 9023385 | **GONZALEZ NIETO, BAREA & BALZAC, PSC** |
| San Juan, PR 00902-3385 | 255 Ponce de León Ave. |
| Tel: (787) 725-6160 | MCS Plaza, Suite 514 |
| Fax: (787) 977-2288 | San Juan, PR 00917-1914 |
| Email: segarralaw@prtc.net | Tel: 787-764-1400 |
| | Fax: 787-764-2815 |
| | E-mail: jgb@gfb-law.com |

**<u>NOTICE TO CREDITORS AND PARTIES IN INTEREST</u>**

YOU ARE HEREBY NOTIFIED THAT unless a party in interest objects to this Stipulation within fifteen (15) days from the date of this notice the same may be approved without a hearing.

I HEREBY CERTIFY that the present motion was filed ectronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to: Jose Ramon Carrión Morales, Chapter 13 Trustee, Wilfredo Segarra Miranda, Chapter 7 Trustee; Roberto Figueroa Carrasquillo, attorney for debtor; Monsita Lecaroz Arribas and the Office of the US Trustee.

| | |
|---|---|
| s/ Wilfredo Segarra Rivera | s/ Jose G. Barea-Fernandez |
| **WILFREDO SEGARRA RIVERA** | **Jose G. Barea Fernandez** |
| **Chapter 7 Trustee** | USDC-PR 206812 |
| PO BOX 9023385 | **GONZALEZ NIETO, BAREA & BALZAC, PSC** |
| San Juan, PR 00902-3385 | 255 Ponce de León Ave. |
| Tel: (787) 725-6160 | MCS Plaza, Suite 514 |
| Fax: (787) 977-2288 | San Juan, PR 00917-1914 |
| Email: segarralaw@prtc.net | Tel: 787-764-1400 |
| | Fax: 787-764-2815 |
| | E-mail: jgb@gfb-law.com |