IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WALTER LUIS AGOSTO ALGARIN                 CASE NO. 09-07084 ESL
MARITZA  CARDONA HOMS                       Chapter 7

           Debtor(s)

WALTER LUIS AGOSTO ALGARIN

           Movant

BANCO SANTANDER PUERTO RICO                 FILED & ENTERED ON 10/20/2010
WALTER LUIS AGOSTO ALGARIN
WILFREDO  SEGARRA MIRANDA ,TRUSTEE

           Respondent(s)

## ORDER APPROVING SETTLEMENT/STIPULATION

         This case is before the Court upon the settlement agreement/stipulation
filed by the debtor and WALTER LUIS AGOSTO ALGARIN, docket entry #44.

         Due notice having been given, no opposition having been filed, and good
cause   appearing   thereof,   it   is   now   ordered   that   the   settlement
agreement/stipulation be and is hereby approved.

         IT IS SO ORDERED.

         San Juan, Puerto Rico, this 20 day of October, 2010.

                                        Enrique S. Lamoutte Inclan
                                        U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      ROBERTO  FIGUEROA CARRASQUILLO
      WILFREDO  SEGARRA MIRANDA
      WALTER LUIS AGOSTO ALGARIN